## DeTORO v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 80, September Term, 1962.]

*Decided May 15, 1963.*

Before Brune, C. J., and Henderson, Hammond, Prescott, Horney, Marbury and Sybert, JJ.

Per Curiam.

For the reasons set forth in the thorough opinion of Judge Jones in the lower court, the application for leave to appeal is denied.

*Application denied.*